## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6308 AHM (MANx) | Date | June 10, 2008 |
|---|---|---|---|
| Title | KENNETH V. JACOBS  v. U.S. DRUG ENFORCEMENT ADMINISTRATION IT'S OFFICERS, AGENTS AND EMPLOYEES | | |

| Present: The Honorable | A. Howard Matz | |
|---|---|---|
| Stephen Montes | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)


On July 11, 2007, *pro se* Plaintiff Kenneth V. Jacobs filed a complaint with the Los Angeles Superior Court.  It was removed to federal court on September 27, 2007.  On December 17, 2007, upon Defendants' unopposed motion to dismiss, the Court dismissed the complaint without prejudice.  Six months have passed and Plaintiff has not filed an amended complaint.  Therefore, the Court DISMISSES this action for lack of prosecution.  The Clerk is directed to close this case.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO |  |

**Make JS-6**